# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SANTANA CLINE,<br><br>　　　　　Appellant,<br><br>　v.<br><br>UNITED STATES TRUSTEE,<br><br>　　　　　Appellee. | Case No. 2:16-cv-00959-APG<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

　　　IT IS ORDERED appellant shall file an opening brief within fourteen (14) days from the date of this order. Appellee shall file an answering brief within fourteen (14) days of appellant's opening brief. Thereafter, appellant shall file a reply brief fourteen (14) days after the answering brief.

　　　IT IS FURTHER ORDERED that appellant shall file and serve with appellant's opening brief excerpts of the record as an appendix pursuant to Local Rule 8009(a) and Federal Rule of Bankruptcy Procedure 8009(b). Appellee may also file an appendix with appellee's brief which contains required material omitted by appellant.

　　　DATED this 19th day of May, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE