# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SANTANA CLINE, | Case No. 2:16-cv-00959-APG |
| Appellant, | |
| v. | **ORDER DENYING MOTION FOR SANCTIONS** |
| US TRUSTEE, | (ECF No. 7) |
| Appellee. | |

Appellant Santana Cline requests sanctions against the Clerk of Court for the U.S. Bankruptcy Court for the District of Nevada because no transcripts have been prepared for this bankruptcy appeal. Appellant may contact the Bankruptcy Court's Electronic Court Recording Department at 702-527-7159 to ensure transcripts are ordered correctly.

IT IS THEREFORE ORDERED that Appellant Santana Cline's motion for sanctions **(ECF No. 7) is DENIED**.

DATED this 7th day of December, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE