UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SANTANA CLINE,<br><br>      Appellant,<br><br>v.<br><br>US TRUSTEE,<br><br>      Appellee. | Case No. 2:16-cv-00959-APG<br><br>**ORDER DISMISSING APPEAL** |

      Appellant Santana Cline filed this appeal in April 2016. ECF No. 1. I set a briefing schedule with the opening brief due June 2, 2016. ECF No. 4. I extended the time to file the opening brief to July 18. ECF No. 6. Cline thereafter moved for sanctions against the Clerk of Court for the U.S. Bankruptcy Court for the District of Nevada because no transcripts had been prepared for this bankruptcy appeal. ECF No. 7. I directed Cline to contact the Bankruptcy Court's Electronic Court Recording Department at 702-527-7159 to ensure transcripts are ordered correctly.

      When Cline still had not filed an opening brief, I directed that by February 28, 2017, Cline either file one or show cause why this appeal should not be dismissed for failure to prosecute. ECF No. 10. Cline did not file an opening brief and did not respond to my order to show cause.

      IT IS THEREFORE ORDERED that this bankruptcy appeal is DISMISSED without prejudice for failure to prosecute.

      DATED this 13th day of March, 2017.

                                                  ANDREW P. GORDON<br>                                                  UNITED STATES DISTRICT JUDGE